```
                FILED
        CLERK, U.S. DISTRICT COURT

              DEC - 3 2012

        CENTRAL DISTRICT OF CALIFORNIA
        BY            /s/         DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 03-CR-0570 TJH-2 |
| Plaintiff, ) | |
| vs. ) | ORDER OF DETENTION AFTER HEARING |
| ) | [Fed.R.Crim.P. 32.1(a)(6); |
| /s/ Otis Marquis , Defendant. ) | 18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __CD/CA__ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), The Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __Flight risk: see Petition (PTA)__

1
2
3
4      and/or
5  B.  ( )  The defendant has not met his/her burden of establishing by
6      clear and convincing evidence that he/she is not likely to pose
7      a danger to the safety of any other person or the community if
8      released under 18 U.S.C. § 3142(b) or (c). This finding is based
9      on:_____
10
11
12
13
14     IT THEREFORE IS ORDERED that the defendant be detained pending
15 the further revocation proceedings.
16
17 Dated: __12/3/12__
18
19
20                                    _____
                                      UNITES STATES MAGISTRATE JUDGE
21
22
23
24
25
26
27
28