FILED
CLERK, U.S. DISTRICT COURT

OCT 2 7 2014

CENTRAL DISTRICT OF CALIFORNIA
BY

1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: CR 03-00570(A)-TJH |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER OF DETENTION AFTER HEARING |
| | ) | [Fed. R. Crim. P. 32.1(a)(6); |
| | ) | 18 U.S.C. § 3143(a)] |
| Rafael Ortiz- Munguia, | ) | |
| Defendant. | ) | |

        The defendant having been arrested in this District pursuant to
a warrant issued by the United States District Court for the
Central District/California for alleged violation(s) of the terms and
conditions of his/her [probation] [supervised release]; and

        The Court having conducted a detention hearing pursuant to
Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

        The Court finds that:

A.    (✓   The defendant has not met his/her burden of establishing by
        clear and convincing evidence that he/she is not likely to flee
        if released under 18 U.S.C. § 3142(b) or (c).  This finding is
        based on undocumented alien status, unknown recent

1   background and bail resources, prior deportation,
2   prior failures to appear, use of numerous aliases and
3   dates of birth, history of bench warrants + noncompliance.
4   and/or
5   B.   ( )   The defendant has not met his/her burden of establishing by
6        clear and convincing evidence that he/she is not likely to pose
7        a danger to the safety of any other person or the community if
8        released under 18 U.S.C. § 3142(b) or (c).  This finding is based
9        on:_____
10       _____
11       _____
12       _____
13
14       IT THEREFORE IS ORDERED that the defendant be detained pending
15   the further revocation proceedings.
16
17   Dated:   10/27/14                    _____
18                                        JEAN ROSENBLUTH
                                          U.S. MAGISTRATE JUDGE
19
20
21
22
23
24
25
26
27
28